IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION

| | | |
|---|---|---|
| M.A., an individual | ) | |
| | ) | Underlying Litigation: |
| PLAINTIFF, | ) | Case No. 2:19-cv-849 |
| | ) | |
| | ) | Southern District of Ohio, Eastern Division |
| v. | ) | |
| | ) | Misc. Action No.: _____ |
| WYNDHAM HOTELS & | ) | |
| RESORTS, INC., et al. | ) | |
| | ) | |
| DEFENDANTS. | ) | |

### WYNDHAM HOTELS AND RESORTS
### MOTION TO COMPEL COMPLIANCE SUBPOENA AD TESTIFICANDUM

To the Honorable Judges of the United States District Court for the Eastern District of Kentucky:

Pursuant to Fed. R. Civ. P. 37 and 45(d)(2)(B)(i), Wyndham Hotels & Resorts, Inc. ("WHR") respectfully moves for an order compelling non-party Brandy Scarberry to appear to testify at a deposition at Porter, Banks, Baldwin & Shaw, PLLC, 327 Main Street, Paintsville, KY 41240 on or before January 12, 2024.  WHR is a defendant in the above-captioned matter pending in the Southern District of Ohio.  WHR issued a Subpoena to Testify at a Deposition in a Civil Action to Brandy Scarberry to appear at Porter, Banks, Baldwin & Shaw, PLLC, 327 Main Street, Paintsville, KY on July 19, 2023 at 10:00 am.  Ms. Scarberry retained counsel and requested to reschedule her deposition to October 19, 2023.  However, she did not appear on that date.

Ms. Scarberry resides in Pikeville, Kentucky, which falls within this Court's jurisdiction. Rule 45 provides that if the subpoenaed party fails to comply "the serving party may move the Court for the district where compliance is required for an order compelling production or

inspection." Fed. R. Civ. P. 45(d)(2)(B)(i).  Accordingly, WHR moves to compel her appearance.

In further support of this Petition, WHR attaches a Memorandum in Support.

Respectfully submitted,

*/s/ Justin Fowles*

Justin Fowles
Allison W. Weyand
FROST BROWN TODD, LLP
400 West Market Street, Suite 3200
Louisville, KY 40202
jfowles@fbtlaw.com
aweyand@fbtlaw.com
(502) 589-5400
(502) 581-1087 - Fax
*Counsel for Wyndham Hotels and Resorts, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed via the Court's ECF System this 21st day of November 2023 which will send copies to all registered users.  I also certify that a true and correct copy of the foregoing was served via electronic mail this 21st day of November 2023 to the following:

Penny L. Barrick
Steven Charles Babin , Jr.
Jennifer Jana El-Kadi
Babin Law, LLC.,
65 East State Street. Ste 1300
Columbus, OH 43215
penny.barrick@babinlaws.com
jennifer.elkadi@babinlaws.com
steven.babin@babinlaws.com
*Counsel for Plaintiff*

Christopher Tisi
Kathryn L. Avila
Levin Papantonio Rafferty
316 S. Baylen Street, Suite 600
Pensacola, FL  32502
ctisi@levinlaw.com
kavila@levinlaw.com
*Counsel for Plaintiff*

Brandy Scarberry
1102 Island Creek Rd.
Apt. 2
Pikeville, KY  41501
*(Served via US Mail and certified mail)*

Anil A. Mujumdar
Dagney Johnson Law Group
2170 Highland Avenue, Suite 250
Birmingham, AL
anil@dagneylaw.com
*Counsel for Plaintiff*

Gregory M. Zarzaur
2332 Second Avenue North
Birmingham, AL  35203
gregory@zarzaur.com
*Counsel for Plaintiff*

2

Michael R Reed
Elise K. Yarnell
Hahn Loeser & Parks LLP
65 E. State Street, Ste 2500
Columbus, OH 43215
mreed@hahnlaw.com
eyarnell@hahnlaw.com
*Attorneys for Wyndham Hotels &
Resorts, Inc.*

David S. Sager
DLA Piper LLP
51 John F. Kennedy Pkwy, Suite 120
Short Hills, NJ  07078
David.sager@dlapiper.com
*Attorneys for Wyndham Hotels &
Resorts, Inc.*

Christopher B. Donovan
DLA Piper LLP
845 Texas Avenue, Suite 3800
Houston, TX  77002
christopher.b.donovan@dlapiper.com
*Attorneys for Wyndham Hotels &
Resorts, Inc.*

Melissa A. Reinkens
DLA Piper LLP
4365 Executive Drive, Suite 1100
San Diego, CA  92121
melissa.reinckens@us.dlapiper.com
*Attorneys for Wyndham Hotels &
Resorts, Inc.*

Mark C. Melko
Benson & Sesser LLC
421 West State Street
Columbus, OH 43215
mmelko@benson.law
*Attorney for DreamLand Hotels LLC doing business as Super 8*

Douglas P. Holthus
Cara M. Wright
Freeman, Mathis & Gary LLP
65 East State Street, Suite 2250
Columbus, OH 43215
Doug.holthus@fmglaw.com
Cara.wright@fmglaw.com
*Attorneys for S&S Airport Motel, LLC doing business as Days Inn by Wyndham Columbus Airport*

Mathew A. Parker
Samuel N. Lillard
Ogletree Deakins
Key Bank Building
88 E. Broad Street, Ste 2025
Columbus, OH 43215
Mathew.Parker@ogletree.com
Sam.lillard@ogletree.com
*Attorneys for Krrish Lodging, LLC doing business as Days Inn by Wyndham Grove City Columbus South*

Nicholas E. Subashi
Tabitha D. Justice
Subashi, Wildermuth & Justice
The Greene Town Center
50 Chesnut Street, Suite 230
Dayton, OH 45440
nsubashi@swohiolaw.com
tjustice@swjohiolaw.com
*Attorneys for MGH Hospitality, LTD doing business as Days Inn by Wyndham - Columbus East Airport*

Claudia L. Spriggs
Adelia Mohan
Josheph A. Gerling
Weston Hurd LLP
101 East Town Street, Suite 500
Columbus, OH 43215
cspriggs@westonhurd.com
amohan@westonhurd.com
jgerling@westonhurd.com
*Ash Management Corporation doing business as Dasy Inn by Wyndham - Columbus North*

/s/ Justin Fowles
Justin Fowles
*Counsel for Wyndham Hotels and Resorts, Inc.*

0151971.0778798   4889-7291-6370v1

4